IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON DIVISION

| In Re: | Case No. 19-50882 |
|---|---|
| | Chapter 13 Proceedings |
| **GREGORY SHAFFER** | Judge: ALAN M. KOSCHIK |
| Debtors. | **MOTION TO VOLUNTARILY DISMISS** |

Now comes Debtor, Gregory Shaffer, by and through undersigned counsel, and requests this Honorable Court dismiss the above-captioned case. The Debtor is entitled to dismiss this case for the following reasons:

1. The case was filed on April 17, 2019 under Chapter 13 of the Bankruptcy Code.
2. This case has not been previously converted under §706 or §1112 of the Bankruptcy Code.

19-50882

**WHEREFORE,** the Debtor respectfully requests this Honorable Court dismiss this case.

Respectfully submitted,

/s/ Jann C. Washington
Jann C. Washington (0087239)
5247 Wilson Mills Rd. #185
Richmond Heights, OH 44143
(440) 552-5492  F: (440) 571-0522
Email: Jann@Jwashingtonlaw.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2019, a true and correct copy of the Debtor's Motion to Voluntarily Dismiss their Chapter 13 case were served:

Via the court's electronic case filing system on these entities and individuals who are listed on the court's Electronic Mail List:

**Keith Rucinski**, Chapter 13 Trustee, at krucinski@ch13akron.com

**Robert G. Friedman, Esq.**, attorney for Harsax Mgmt., at generalmail@pfl-law.com

**Edward Bailey, Esq.**, attorney for Lakeview Loan Servicing, at ebailey@reimerlaw.com

**And by regular US Mail, postage prepaid, upon:**

Ad Astra Recovery Services
7330 W 33rd St N Ste 118

CSC Credit Services
Box 740040
Atlanta, GA 30374-0040

Cach LLC
C/o Resurgent Capital Services
Greenville, SC 29602

Capital One Bank
PO Box 30281
Salt Lake City, UT 84130-0281

Cashland / NCP Finance
2312 W Owen K Garriott Rd Ste A
Enid, OK 73703

Checksmart / NCP Finance
205 Sugar Camp Circle
Dayton, OH 45409

Chex Systems, Inc.
7805 Hudson Rd. #100
Woodbury, MN 55125

Credit Collection Services
PO Box 607
Norwood, MA 02062

Credit Collection Services
725 Canton St.
Norwood, MA 02062

DBS Financial
2290 East Ave
Akron, OH 44314

DBS Financial
2823 Gilchrist Rd
Akron, OH 44305

Diversified Consultant
10550 Deerwood Park Blvd.
Jacksonville, FL 32256

Emblem
POB 105555
Atlanta, GA 30348

Equifax Information Services LLC
PO Box 740256
Atlanta, GA 30374

Experion
PO Box 9701
Allen, TX 75013

First Premier
3820 N. Louise Avenue
Sioux Falls, SD 57107-0145

Jefferson Capital Systems LLC
16 McLeland Rd.
St. Cloud, MN 56303

Lion Loan
P.O. Box 1547
Sandy, UT 84091

M&T Bank Mortgage
1 Fountain Plaza
Buffalo, NY 14203

Metlife
PO Box 14593
Lexington, KY 40512

Midwest Recovery Systems
514 EARTH CITY PLAZA SUITE 100
Earth City, MO 63045

Montgomery Wards
1112 7th Ave.
Monroe, WI 53566

National Credit Adjusters
PO Box 550
Hutchinson, KS 67504-3023

Plaza Services
110 Hammond Drive
Ste 110
Atlanta, GA 30328

Progress One Financial
2700 S Lorraine Place
Sioux Falls, SD 57106

Progressive Insurance
6300 Wilson Mills Rd.
Cleveland, OH 44143

Regional Acceptance Corp.
5425 Robin Road
Norfolk, VA 23513

Rise Credit
4150 International Plaza,
Suite 300
Fort Worth, TX 76109

Speedy Cash
Attn: Bankruptcy
P.O. Box 780408
Wichita, KS 67278

Sprint
6200 Sprint Pkwy
Shawnee Mission, KS 66251

TBOM
5109 S Broadband Lane
Sioux Falls, SD 57109

TransUnion Credit Reporting Service
PO Box 1000
Chester, PA 19022

US Dept of HUD
2488 East 81st St #700
Tulsa, OK 74137

Verizon Wireless
PO Box 26055
Minneapolis, MN 55426

Gregory Shaffer
402 Hampden Ct.
Medina, OH 44256

/s/ Jann C. Washington
Jann C. Washington (0087239)
5247 Wilson Mills Rd. #185
Richmond Heights, OH 44143
(440) 552-5492   F: (440) 571-0522
Email: Jann@Jwashingtonlaw.com
Attorney for Debtors